UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   WILSON WILLIAMS, JR. )
) CASE NO. 15-32169-DHW-13
      Debtor(s). )

OBJECTION TO CONFIRMATION

Now comes MAX CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit: 2006 HUMMER H2.

WHEREFORE, MAX CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                        MAX CREDIT UNION

                        By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this October 1, 2015.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D. Shinbaum
SHINBAUM & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

WILSON WILLIAMS, JR.
2204 KINSBURY DRIVE
MONTGOMERY AL 36106

/s/ Leonard N. Math