# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>WILSON WILLIAMS JR<br>SSAN: XXX-XX-9653<br><br><br><br>Debtor(s) | Case No. 15-32169-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 08, 2015.

2. The debtor(s) §341 Meeting of Creditors was held September 29, 2015.

(**X**) The plan failed to make provisions for the following secured/priority creditors listed Creditor(s): FIRST FRANKLIN.

(**X**) The plan is not feasible and payments need to be raised to $560.00 MONTHLY to be feasible.

(**X**) Debtor took vehicle ownership expenses on B-22 on lines 13 (c) and (f)..

(**X**) Debtor was to provide an affidavit stating he was current with post-petition child support..

(**X**) Debtor was to provide for paying back child support and ongoing child support.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 19, 2015.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P. O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: redingc@ch13mdal.com | Curtis C. Reding<br>Chapter 13 Trustee<br><br><br><br>By:/s/ *Curtis C. Reding*<br>Curtis C. Reding |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 19, 2015.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>        RICHARD D SHINBAUM | /s/ *Curtis C. Reding*<br>Curtis C. Reding |