STATE OF ALABAMA )

) 

MONTGOMERY COUNTY )



## AFFIDAVIT

My name is Wilson Williams, Jr. and I am a debtor in a Chapter 13 bankruptcy case, Case No. 15-32169 filed in the Middle District of Alabama.

My Child support payments post petition are current and are deducted from my income.

_____

Wilson Williams, Jr.

AFFIANT

SWORN TO AND SUBSCRIBED before me this day: October 23, 2015.

_____

NOTARY PUBLIC

My commission expires

9-23-17

_____