IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Wilson Williams,                CHAPTER 13
        Debtor(s).                       CASE NO. 15-32169

## OBJECTION TO CONFIRMATION

COMES NOW 1st Franklin Financial Corporation, by and through counsel, and objects to the Confirmation of the Debtor's Plan for the following reasons:

1. The claim of 1st Franklin Financial Corporation ought to be secured instead of unsecured.

2. The Debtor filed this case in bad faith.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

/s/ Richard C. Dean, Jr.
Attorney for 1st Franklin Financial Corporation

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
CNW

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

Wilson Williams
2431 Chase Park Drive, Apt. C
Montgomery, AL 36111

Richard D. Shinbaum, Esq.
P.O. Box 201
Montgomery, AL 36101-0201

Mr. Curtis C. Reding, Trustee
P.O. Box 173
Montgomery, AL 36101

/s/ Richard C. Dean, Jr.
OF COUNSEL